FARHAD NOVIAN (SBN 118129)
farhad@novianlaw.com
JOSEPH A. LOPEZ (SBN 268511)
joseph@novianlaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222

Attorney for Plaintiff, VERTIGO HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VERTIGO HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BERTI GO, INC., a Florida corporation, and DOES I through 10,<br><br>Defendant. | CASE No. CV10-9500 GAF (AGRx)<br><br>ORDER ON<br>**STIPULATION RE: DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Assigned for All Purposes:<br>Judge Gary A, Fees |

1  TO THE HONORABLE COURT:

2  Plaintiff VERTIGO HOLDINGS, LLC and Defendant BERTIGO, INC. (the "Parties"), by and through their respective counsel of record, pursuant to a settlement agreement reached among the Parties, hereby agree and stipulate to dismissal with prejudice of the entire action pursuant to Federal Rule of Civil Procedure 41(a).

Dated: May 4, 2012               Farhad Novian
                                 Joseph A. Lopez
                                 NOVIAN & NOVIAN, LLP


                            By: /s/ Joseph A. Lopez
                                 Joseph A. Lopez
                                 Attorneys for Plaintiff Vertigo Holdings LLC


Dated: May 4, 2012               Mark C. Riedel
                                 Amy Burke
                                 CONKLE, KREMER & ENGEL
                                 Professional Law Corporation


                            By: /s/ Amy Burke
                                 Amy Burke
                                 Attorneys for Defendant BERTIGO, INC.

**IT IS SO ORDERED.**

DATED: May 8, 2012

*[signature: Gary Feess]*

**UNITED STATES DISTRICT JUDGE**

-1-
STIPULATION RE: DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE